UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME LENORDA POWELL, II,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WHATCOM COUNTY JAIL, et al.,<br><br>　　　　　　Defendants. | CASE NO. C22-0728JLR<br><br>ORDER |

On December 21, 2022, this court granted Defendant the City of Bellingham's motion to dismiss (Bellingham MTD (Dkt. # 18)) and granted in part and denied in part Defendants Whatcom County Jail and Breanna Brock's motion to dismiss (Whatcom MTD (Dkt. # 14)). (12/21/22 Order (Dkt. # 27) at 14.) The court dismissed the City of Bellingham and Ms. Brock from the action. (*Id.*; *see also* Dkt.) The court granted Plaintiff Jerome Lenorda Powell, II leave to file an amended complaint to cure deficiencies in his claims against the remaining Defendant, Whatcom County Jail, by January 31, 2023, and warned that failure to timely file an amended complaint would

ORDER - 1

result in dismissal of his claims with prejudice. (12/21/22 Order at 14.) That deadline has long since passed but Mr. Powell did not file an amended complaint. (*See* Dkt.) Accordingly, the court DISMISSES with prejudice Mr. Powell's remaining claims against Defendant Whatcom County Jail. The court further DIRECTS the Clerk to close this case.

Dated this 7th day of March, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2